708

## 23249. MORRIS v. THE STATE.

MacIntyre, J. The defendant was convicted of larceny of an automobile. The evidence was sufficient to identify the property stolen. The motion for a new trial contained the general grounds only. The evidence amply authorized the verdict.

Judgment affirmed. *Broyles, C. J., and Guerry, J., concur.*

DECIDED OCTOBER 7, 1933.

*Norman DeKrasner, Sidney J. Goodman, V. K. Meador, George G. Finch, Charles E. & H. O. Markeles,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

## 23325. WILDER v. MONTGOMERY.

Guerry, J. Under the pleadings and evidence in this case, the conclusion reached by the jury was demanded as a matter of law. *Mims* v. *Wight,* 78 *Ga.* 12 (3 S. E. 447) ; *Allen* v. *Lathrop,* 46 *Ga.* 133, *Roberts* v. *Oliver,* 46 *Ga.* 547 ; *Carter* v. *Jackson,* 115 *Ga.* 676 (42 S. E. 46) ; *Jones* v. *Wilder,* 58 *Ga.* 178 ; *Sutlive* v. *Jones,* 61 *Ga.* 676. The court, therefore, did not err in overruling the motion for new trial.

Judgment affirmed. *Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 7, 1933.

*C. W. Foy,* for plaintiff in error. *Homer Beeland,* contra.